IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
*EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE SOUTH DAKOTA*

| | |
|---|---|
| UNITED STATES OF AMERICA, LOS ESTADOS UNIDOS DE AMÉRICA. Plaintiff, *Demandante,* vs. David Ramirez-Juarez, Defendant *Acusado* | CASE NO. 25-40055 PETITION TO ENTER A PLEA OF GUILTY *PETICIÓN PARA ASENTAR UNA DECLARACIÓN DE CULPABILIDAD* |

I, _____, the defendant in this case, inform the judge, under penalty of perjury, that I have discussed these matters with my attorney, if I have an attorney, that I want to plead GUILTY to Count(s) \_\_\_\_\_ of the _____ _____ (indictment or superseding indictment or information) and that the answers to the following questions are true and correct to the best of my knowledge and belief:

*Yo, David Ramirez Juarez, el acusado en este caso, notifico al juez, bajo pena de perjurio, que yo he discutido los hechos con mi abogado, si tengo abogado, que yo me quiero declarer CULPABLE al ~~Cargo(s)~~ Indictment ~~de la~~ _____ (acusación del gran jurado o modificación de la misma o acusación de la fiscalia) y que las respuestas a las preguntas que siguen son verdaderas y correctas a mi saber y entendimiento:*

A: BACKGROUND QUESTIONS:
*PREGUNTAS SOBRE SUS ANTECEDENTES:*

The questions in this section are asked for the purpose of giving the judge necessary background information.
*Las preguntas en esta sección se hacen con el proposito de dar al juez cierta información sobre usted.*

1. What is your age? _____
   *¿Cual es su edad?* 37 years old.

1

2. How much education have you had? _____ 4th grade _____
   *¿Cual fue el último grado escolar que atendió?*

3. Have you ever been under the care of a doctor or in a hospital for drug addiction?
   *¿Alguna vez ha estado usted bajo el cuidado de un doctor o hospitalizado por abuso de drogas?*

   Yes/Si _____ (No) _____

   If so, when and where? _____
   *De ser asi, ¿donde y cuando?* _____

4. Have you ever been under the care of a doctor or in a hospital for a mental or emotional condition?
   *¿Alguna ves ha estado usted bajo el cuidado de un doctor o hospitalizado por condiciones mentales o emocionales?*

   Yes/Si _____ (No) _____

   If so, when and where? _____
   *De ser asi, ¿donde y cuando?* _____

5. If an attorney is now representing you in this case:
   *Si hay un abogado representandolo en este caso:*

   a) What is his or her name? ___ Hannah Morabec ___
      *¿Como se llama?*

   b) Have you had enough time to talk with him or her?
      *¿Ha tenido usted suficiente tiempo para hablar con su abogado?*

      (Yes)/Si _____ No _____

   c) Have you told him or her everything about your case?
      *¿Usted le ha dicho a su abogado todo sobre su caso?*

      (Yes)/Si _____ No _____

   d) Are you satisfied with the job he or she has done for you?
      *¿Esta usted conforme con la defensa que le ha proporcionado?*

      (Yes)/Si _____ No _____

2

e) If you have any objections to the way the attorney has represented you, what has he or she done wrong or not done?
_____
_____

*Si usted tiene una queja en la forma en que su abogado lo ha representado, ¿que error ha cometido o que es lo que no ha hecho por usted?*

_____ none, no errors. _____
_____

6. Do you understand the charges(s) against you?
*¿Entiende usted el cargo(s) contra usted?* (Yes)/Si _____ No _____

B. CONSTITUTIONAL RIGHTS – WAIVERS
*DERECHOS CONSTITUCIONALES – RENUNCIAS*

The questions in this section are designed to inform you of valuable constitutional rights you will give up by pleading guilty.
*Las preguntas en esta sección se hacen para informarle de sus derechos constitucionales a los cuales usted renunciara al declararse culpable.*

7. Do you understand that you have a right to plead NOT GUILTY to every charge filed against you?
*¿Entiende usted que tiene el derecho a declararse NO CULPABLE a todos los cargos contra usted?*
(Yes)/Si _____ No _____

8. Do you understand that, if you plead NOT GUILTY, you have the following constitutional rights:
*Entiende usted que, si se declara NO CULPABLE, usted tiene los siguientes derechos constitucionales:*

a) the right to a speedy and public trial by jury
*el derecho a un juicio expedito y publico ante un jurado*
(Yes)/Si _____ No _____

b) the right to counsel at all stages of the proceedings, and, if you cannot afford to pay a lawyer, one will be appointed to represent you
*el derecho a un abogado durante todas las etapas del procedimientos y, si usted no puede pagar por un abogado, uno le sera nombrado para representarlo*
(Yes)/Si _____ No _____

3

    c)    the right to see and hear all witnesses called to testify against you and the right to cross-examine them
*el derecho a ver y escuchar a todos los testigos llamados a testificar contra usted y el de contrainterrogarlos*

                (Yes)/Si _____ No _____

    d)    the right to use the court's subpoena power to compel the attendance of witnesses at trial and the production of other evidence
*el derecho de usar la autoridad del tribunal para citar a testigos para el juicio y para la entrega de otras pruebas*

                (Yes)/Si _____ No _____

    e)    the right to take the witness stand or not, as you choose, and that you cannot be required to take the witness stand
*el derecho de tomar el banquillo de testigos o no, como usted escoja, y el que no se le obligue a tomar el banquillo de testigos*

                (Yes)/Si _____ No _____

    f)    that, if you do not take the witness stand, the jury cannot take that as evidence against you
*que si usted no toma el banquillo de los testigos, el jurado no podrá considerar esa decisión como prueba contra usted.*

                (Yes)/Si _____ No _____

    g)    the right to be presumed innocent until the United States has proved you guilty beyond a reasonable doubt by the unanimous agreement of all 12 jury members
*el derecho a ser presumido inocente hasta que los Estado Unidos pruebe su culpabilidad fuera de duda razonable y por veredicto unánime de los 12 miembros del jurado*

                (Yes)/Si _____ No _____

9.    Do you understand that, if you plead GUILTY, you will be found guilty without a trial and you will have given up all of the above rights?
*¿Entiende usted que si se declara CULPABLE, se la va a encontrar culpable sin un juicio y usted habrá renunciado a todos los derechos mencionados arriba?*

                (Yes)/Si _____ No _____

10. Do you understand that, if you plead GUILTY to a felony offense, this may deprive you of valuable civil rights, such as the right to vote, to hold public office, to serve on a jury and to possess any kind of firearm?
    *¿Entiende usted que si se declara CULPABLE a un delito mayor (felonia), usted puede ser privado de importantes derechos civiles, asi como el derecho a votar, el de ocupar un puesto publico, el formar parte de un jurado y el de poseer cualquier tipo de arma de fuego?*

    (Yes)/Si _____  No _____

11. Do you consent to the release of the information obtained during the pretrial services investigation to the probation officer who conducts the presentence investigation and to its being included in the presentence report?
    *¿Da usted permiso de entregar la infomación obtenida durante la investigación de los servicios preprocesales al oficial de libertad probatoria, el cual conducirá la investigación antes de sentencia, y el que se utilice esta infomación en su informe?*

    (Yes)/Si _____  No _____

C. SENTENCING – GENERAL
   *CONDENAS – GENERAL*

   The questions in this section are designed to assure the judge that you understand aspects of the sentencing process.
   *Las preguntas en esta sección son hechas para asegurar al juez que usted haya entendido los aspectos del proceso para imponer condenas.*

12. Do you realize that, if you plead GUILTY, the judge may impose the same punishment as if you had pleaded NOT GUILTY and had been convicted by a jury?
    *¿Entiende usted que si se declara CULPABLE, el juez podria imponerle la misma pena que le daria si usted se hubiera declarado NO CULPABLE y fuera encontrado culpable por un jurado?*

    (Yes)/Si _____  No _____

13. Do you know that the sentence you will receive is solely a matter for the judge to decide?
    *¿Entiende usted que la pena que se le impondrá es enteramente la decisión del juez?*

    (Yes)/Si _____  No _____

14. a) What is the maximum term of imprisonment and the maximum fine that the law provides for the offense or offenses to which you want to plead GUILTY? ~~attempt~~ 10 yrs., $250,000.00

*¿Cual es el término máximo de prisión y la multa máxima permitida por la ley para el delito o delitos a los cuales quiere declararse CULPABLE?*

b) Is there a minimum punishment required by law for the offense or offenses to which you want to plead guilty?
*¿Hay un castigo minimo requerido por la ley por el delito o delitos a los cuales usted quiere declararse culpable?*

Yes/Si _____ No (circled) _____

If yes, what is it? _____
*De ser asi, ¿cual es?* _____

c) Will you be forfeiting any property to the United States as a result of your guilty plea?
*¿Se le confiscara algún bien como resultado de su declaración de culpabilidad?*

Yes/Si _____ No (circled) _____

15. Do you realize that, if you plead GUILTY, the judge may require you to make restitution to any victim of the offense (18 U.S.C. § 3579, 3663, and 3671)?
*¿Entiende usted que si se declara CULPABLE, el juez puede obligarle a hacer restitución a cualquier victima del delito cometido? (18 U.S.C. § 3579, 3663 y 3671)*

Yes/Si (circled) _____ No _____

~~16.~~ Do you understand that, if you plead GUILTY to any offense consisting of possession or distribution of controlled substances, as defined in 21 U.S.C. § 801 et seq., you may be ineligible for any grant, contract, loan, professional license, or commercial license provided by an agency of the United States or by appropriated funds of the United States? (See 21 U.S.C. § 853(a)).
*¿Entiende usted que si se declara CULPABLE a cualquier delito consistiendo de posesión o distribución de sustancias controladas, definido en 21 U.S.C. § 801 et seq., puede ser ineligible para cualquier beca, contrato, préstamo o certificación profesional dada por una agencia de los Estado Unidos o con dineros de la misma?*

Yes/Si _____ No _____

6



17. Do you realize that, if any crime to which you plead GUILTY is a) one of violence or b) one for which the maximum sentence is life imprisonment or death, or c) one for which the maximum term of imprisonment is ten years and involves the manufacture, distribution, use or possession of a controlled substance, you must be held in jail, beginning immediately after being found GUILTY, until you are sentenced, unless 1) it is clearly shown that there are exceptional reasons why holding you in jail would not be appropriate or 2) the judge finds by clear and convincing evidence that, if you were not held in jail, you would not be likely to flee or to pose a danger to any other person or the community and either a) the judge allows you to withdraw your plea of guilty or b) an attorney for the government recommends that no sentence of imprisonment be imposed on you? (See crime Control Act of 1990, title 9, § 902, amending 18 U.S.C. § 3143)
*¿Entiende usted que si cualquier delito al que usted se declare CULPABLE es a) uno de violencia o b) uno cual pena máxima es vida en prisión o muerte, o c) uno cual pena máxima es de diez años y tiene que ver con la manufactura, distribución, uso o posesión de una sustancia controlada, usted debe ser encarcelado inmediatamente después de haber sido encontrado CULPABLE, hasta la imposición de la sentencia, a menos de que 1) se demuestre claramente que hay razones excepcionales por las cuales el estar encarcelado no seria apropiado o 2) el juez determine a base de pruebas claras y convencedoras que, si usted no es encarcelado, no seria causa de su fuga ni constituiria un peligro a cualquier otra persona o a la comunidad y a) el juez le permita retirar su declaración de culpabilidad o b) un abogado para el gobierno recomiende que no se le imponga una condena de prisión?*

                                              Yes/Si _____ No _____

18. Do you realize that, if you plead GUILTY, the judge must require you to pay on each count to which you plead GUILTY a special assessment of at least $100 (18 U.S.C. § 3013), if the crime charge in that count occurred after November 11, 1984?
*¿Entiende usted que si se declara CULPABLE, el juez debe exigir el pago de una cuota especial de no menos da $100 por cada cargo al que se declare culpable (18 U.S.C. § 3013), si el delito cometido ocurrió después del 11 de noviembre de 1984?*

                                              (Yes)/Si _____ No _____

19. If you are on probation or parole in any court, do you know that by pleading GUILTY here your probation or parole may be revoked and you may be required to serve time in that case in addition to any sentence imposed upon you in this case?
*¿Si usted esta bajo libertad probatoria o condicional en cualquier otro tribunal, entiende usted que al declararse CULPABLE en este caso, su libertad probatoria o condicional puede ser revocada y puede que tenga que servir tiempo en prisión en ese caso ademas de la sentencia impuesta en el caso actual?*

                                              (Yes)/Si _____ No _____

 20. If your crime was committed before November 1, 1987, do you understand that if you are imprisoned as a result of your GUILTY plea, the Parole Commission in deciding when to place you on parole will take into account the ENTIRE indictment or information, even if you plead GUILTY to less than all counts in it?
*¿Si usted cometió este delito antes del 1o de noviembre de 1987, entiende usted que si fuera encarcelado por su declaración de culpabilidad, la Comisión de Libertad Condicional, al considerar su libertad condicional, tomara en cuenta todas las acusaciones hechas por el gran jurado o acusación del fiscal aunque usted se haya declarado culpable a menos cargos?*

                                                Yes/Si _____ No _____

D. <u>SENTENCING GUIDELINES</u>
    <u>*GUIAS PARA IMPOSICIÓN DE PENAS*</u>

Fill in this section <u>only</u> if the crime(s) to which you are pleading guilty were committed on or after November 1, 1987.
*Llene esta sección solamente si el crimen al que se esta declarando culpable fue cometido el 1o de noviembre de 1987 o después.*

On November 1, 1987, a new sentencing law went into effect in the United States, setting guideline ranges of sentencing. It is important that you understand certain consequences of these guidelines.
*El 1o de noviembre de 1987, entro en vigor una nueva ley para la imposición de penas en los Estados Unidos. Es importante que usted comprenda ciertas consecuencias de estas guias.*

21. Under the new sentencing guidelines, the sentencing judge in most cases must select a sentence from within the guideline range. If however, your case is unusual, the law may permit the judge to depart from the guidelines and impose a sentence either <u>above</u> or <u>below</u> the guideline range. Most sentences are within the guideline range, but there is no guarantee yours will be. Do you understand this?
*Según las nuevas guias para imposición de penas, el juez ha de sentenciarlo dentro de los limites indicados por las guias. Sin embargo, si su caso tiene aspectos especiales, la ley permite que el juez departa de las guias he imponga una pena mas <u>alta</u> o mas <u>baja</u> que aquellas recomendadas por las guias. Aunque la mayoría de las penas impuestas caen dentro de guias recomendadas, no puede haber garantia de ello. ¿Entiende usted esto?*

                                                (Yes)/Si _____ No _____

22. Under the new sentencing guidelines, parole has been abolished. Thus, if you are sentenced to imprisonment for a certain period of time, you will serve that period of time, less no more than 54 days a year for earned good time (18 U.S.C. § 3624). Do you understand this?
*¿Según las nuevas guias para imposición de penas, libertad condicional ha sido anulado. Por esto, si usted recibe una condena de prisión por cierto tiempo, usted tendrá que cumplir ese periodo de tiempo, menos no mas de 54 dias al año por buena conducta. ¿Entiende usted esto?*

    (Yes)/Si _____ No _____

23. Do you understand that, if you are sentenced to a term of imprisonment, there may be a period of supervised release to follow your release from imprisonment? (18 U.S.C. § 3583, 3624)
*¿Entiende usted que si se le impone una pena de prisión, puede que haya un termino de libertad supervisada después de server su termino de prisión? (18 U.S.C. § 3583, 3624)*   (Yes)/Si _____ No _____

24. Do you understand that during any period of supervised release your activities will be limited by conditions set by the judge and that violation of any of those conditions may result in the judge's revoking the term of supervised release and requiring you to serve in prison all or part of the term of supervised release without credit for time previously served on postrelease supervision? (18 U.S.C. § 3583)
*¿Entiende usted que durante el tiempo de su libertad supervisada sus actividades pueden estar limitadas por condiciones fijadas por el juez y que cualquier violación de esas condiciones puede tener como resultado el que el juez revoque su termino de libertad supervisada y requiera que usted sirva parte o todo el tiempo de libertad supervisada en prisión sin crédito por el tiempo ya servido bajo libertad supervisada? (18 U.S.C. § 3583)*

    (Yes)/Si _____ No _____

25. Do you understand that the conditions of supervised release may include any of those set out in 18 U.S.C. § 3583(a) and (b), including: no use or possession of alcohol or controlled substances; reasonable searches of your residence, automobile, and person for drugs and alcohol, seizure of any illegal drugs or alcohol in your possession; performing community service; and being on home confinement? (See 18 U.S.C. § 3583)
*¿Entiende usted que las condiciones de libertad supervisada pueden incluir cualquiera de aquellas fijadas en 18 U.S.C. § 3583(a) y (b), incluyendo: prohibición del uso y posesión de bebidas alcohólicas o sustancias controladas; registros razonables de su hogar, carro, y su persona para la presencia de drogas o bebidas alcohólicas; confiscación de cualquier droga ilegal o bebida alcohólica en su posesión; el que tenga que hacer servicio comunitario; y el arresto domiciliar?*   (Yes)/Si _____ No _____

9

26. Do you understand that your being on supervised release when you commit any crime may increase the sentence that may be given you for that crime?
*¿Entiende usted que si cometiera algún delito mientras esta bajo libertad supervisada esto puede resultar en un aumento en la pena impuesta por ese delito?*

(Yes)/Si _____ No _____

27. Under the sentencing guidelines, the judge is required to take into account all conduct, circumstances, and injuries associated with your criminal conduct, whether or not this conduct is charged by the government in the crime to which you are pleading guilty. Thus, the judge will consider all relevant conduct at the time of sentencing, even though you are pleading guilty to less than all counts in the indictment. Do you understand this?
*Según las guias para imposición de penas, se requiere del juez que considere toda conducta, circunstancias, y daños asociados con su conducta criminal, ya sea que el gobierno lo acuse o no de esa conducta criminal en el delito al que se esta declarando culpable. Por esto, el juez tomará en consideración toda conducta relevante a la hora de imponer la pena, aunque usted se este declarando a menos cargos que aquellos especificados en la acusación del gran jurado. ¿Entiende usted esto?*

(Yes)/Si _____ No _____

28. Under the sentencing guidelines, a probation officer will be assigned to conduct a thorough presentence investigation to develop all relevant facts concerning your criminal conduct. Do you understand that making untrue statements to the probation officer may increase your punishment under the guidelines?
*Según las guias para imposición de penas, un oficial de libertad probatoria va a ser nombrado para conducir una investigación completa para adquirir cualquier hecho relevante concerniente a su conducta criminal. ¿Entiende usted que si hace declaraciones falsas al oficial de libertad probatoria puede incrementar su pena bajo las guias?*

(Yes)/Si _____ No _____

29. Do you understand that, if you have had criminal convictions within the past 15 years, such convictions may serve to increase your sentence under the guidelines?
*¿Entiende usted que si ha sido condenado de otros delitos en los últimos 15 años, estas condenas pueden ser usadas para incrementar su pena bajo las guias?*

(Yes)/Si _____ No _____

30. Do you understand that, if you committed the present offense(s) while on probation, parole, supervised release, or escape, this may increase your sentence under the sentencing guidelines?

10

*¿Entiende usted que si usted cometió los delitos presentes mientras estaba bajo libertad probatoria, condicional, supervisada o en estado de fuga, esto puede incrementar su pena bajo las guias de imposición de penas?*

Yes/Si (circled) _____ No _____

31. Do you understand that, if you committed the present offense(s) less than two years after being released from prison, this may increase your sentence under the guidelines?
*¿Entiende usted que si ha cometido el delito actual menos de dos años después de cumplir un termino de prisión, esto podrá aumentar su pena bajo las guias?*

Yes/Si _____ No _____

32. Do you understand that, if you committed the present offense(s) as part of a pattern of criminal conduct from which you derived a substantial portion of your income, this may increase your sentence under the guidelines?
*¿Entiende usted que si cometió el delito actual como continuación de una serie de actos criminales de los cuales ha obtenido una parte sustancial de sus ingresos totales, esto puede incrementar su pena bajo las guias?*

Yes/Si _____ No _____

33. Do you understand that, if this offense is a crime of violence or drug trafficking offense and if you have two earlier felony convictions of either a crime of violence or drug trafficking offense, you could be sentenced as a career criminal offender, which could greatly enhance the punishment you receive?
*¿Entiende usted que si el delito actual es un crimen de violencia o un delito de trafico de drogas y usted tiene dos condenas anteriores por cargos mayores (felonias) ya sea por un crimen de violencia o de trafico de drogas, usted puede ser sentenciado como criminal de carrera, lo cual puede aumentar mucho la pena que puede recibir?*

Yes/Si _____ No _____

34. Do you understand that probation is not available as an option for the sentencing judge for most offenses under the sentencing guidelines?
*¿Entiende usted que según las guias para inponer penas, la libertad probatoria no es una opción disponible para el juez en la mayoria de los casos?*

Yes/Si (circled) _____ No _____

35. Do you understand that, if you cooperate with the government and provide substantial assistance to investigating authorities, this may permit the judge (if the judge chooses to do so) to impose a sentence <u>below</u> the recommended guideline range?

11

*¿Entiende usted que si coopera con el gobierno y proporciona ayuda sustancial a las autoridades policiacas, esto puede permitirle al juez imponerle una pena <u>mas baja</u> que aquella recomendada por las guias (si el juez decide hacerlo)?*

                                                                (Yes)/Si _____  No _____

E.    **VOLUNTARY NATURE OF PLEA**
      *LA DECLARACIÓN DE CULPABILIDAD VOLUNTARIA*

36. Are your plea of GUILTY and the waivers of your rights made voluntarily and completely of your own choice, free of any force or threats from anyone?
    *¿Esta usted declarandose CULPABLE y renunciando a sus derechos voluntariamente y libremente, sin ninguna coacción ni amenaza o presión de persona alguna?*

                                          (Yes)/Si _____  No _____

37. a) Has any plea agreement been made by you with anyone which causes you to plead GUILTY?
    *¿Hay un convenio declaratorio entre usted y cualquier otra persona el cual cause que usted se declare CULPABLE?*

                                          Yes/Si _____  (No) _____

    ~~b)~~ If so, exactly what is that agreement? (Attach the agreement, if it is in writing) (Explain it here, if it is not in writing).

    _____
    _____

    *De ser asi, ¿exactamente cual es su entendimiento de ese convenio? (Si el convenio esta por escrito, adjuntelo a este cuestionario) (Si no existe por escrito, explique ese convenio).*

    _____
    _____

    ~~c)~~ What are your reasons for making that agreement?

    _____
    _____

    *¿Cuales son los motivos por aceptar este convenio?*

    _____
    _____

    ~~d)~~ If there is such an agreement, do you understand that the judge may reject the agreement, if the judge finds that the plea agreement is not in the interest of justice?

*Si hay dicho convenio, ¿entiende usted que el juez puede rechazar ese convenio, si el juez encuentra que ese convenio declaratorio no cumple los intereses de la justicia?*

Yes/Si _____ No _____

38. Has anyone made any promise that causes you to plead GUILTY, aside from the promises, if any, set out in your answer to question 37?
*Aparte de las promesas mencionadas en su respuesta a la pregunta 37, ¿hay alguna otra persona que le haya hecho promesas para causar que usted se declare CULPABLE?*

Yes/Si _____ No ✓

39. Has any officer, attorney or agent of any branch of the government (federal, state or local) promised, suggested or predicted that you will receive a lighter sentence, or probation, or any other form of leniency if you plead GUILTY?
*¿Hay algún oficial, abogado o agente del gobierno (federal, estatal o local) que le haya prometido, sugerido o predicho que usted recibiría una sentencia mas leve, o libertad probatoria o alguna otra forma de clemencia si se declara CULPABLE?*

Yes/Si _____ No ✓

40. Has the judge made any suggestion as to what the actual sentence will be?
*¿El juez le ha insinuado o sugerido que tipo de pena puede recibir?*

Yes/Si _____ No ✓

41. Are you under the influence of any kind of alcohol, medicine or drug that is, in the least way, interfering with your ability to think clearly and understand exactly what you are doing in answering these questions?
*¿Esta usted bajo la influencia de bebidas alcohólicas, medicamentos o drogas que, en cualquier forma afecte su habilidad para pensar claramente y entender exactamente lo que usted esta haciendo al contestar estar preguntas?*

Yes/Si _____ No ✓

42. Are you pleading GUILTY for any reason other than the fact that you are guilty?
*¿Hay alguna otra razón por la cual se esta declarando CULPABLE además del hecho de que es realmente culpable?*

Yes/Si _____ No ✓

43. Is there any information or advice that you want before you enter a plea?
*¿Hay mas información o consejo que usted necesite antes de asentar su declaración?*

Yes/Si _____ No ✓

13

F. CONCLUSION / FACTUAL BASIS
   *CONCLUSIÓN / BASE DE LOS HECHOS*

44. Has your attorney gone over all of these questions and your answers to them?
    *¿Su abogado ha repasado con usted todas estas preguntas y sus respuestas?*

    Yes/Si __(circled)_____  No _____

45. Do you understand all of these questions?
    *¿Entiende usted todas estas preguntas?*

    Yes/Si __(circled)_____  No _____

    If not, which ones don't you understand?
    _____
    _____

    *De no ser asi, ¿cuales no entiende?*
    _____
    _____

46. a) Do you now want to plead GUILTY?
       *¿Quiere usted ahora declararse CULPABLE?*

       Yes/Si __(circled)_____  No _____

    b) Are you GUILTY?
       *¿Es usted CULPABLE?*

       Yes/Si __(circled)_____  No _____

47. What acts did you do that cause you to think you are guilty of the charge(s) to which you want to plead GUILTY?
    *¿Que ha hecho usted para hacerle pensar que es usted culpable del delito(s) al cual se esta declarando CULPABLE?*

    I am David Ramirez-Juarez. On or about March 11, 2025, I was found in the U.S. in the District of South Dakota. I was previously deported from the U.S. on or about May 2, 2018. I did not receive permission from the Secretary of the U.S. Department of Homeland Security or the Attorney General of the U.S. to apply for lawful admission to the U.S. I returned knowingly + voluntarily.

I understand that if I have knowingly and intentionally made any false answers in this petition, my answers may be used against me in a prosecution for perjury or making a false statement. (See Fed. R. Crim. P. 11(c)(5)).

*Yo entiendo que si yo he dado respuestas falsas en esta petición intencionalmente y a sabiendas, que mis respuestas pueden ser usadas en mi contra en otro procedimiento por perjurio o por hacer declaraciones falsas.*

Signed in the presence of my attorney under penalty of perjury this _____ day of _____, 20_____.

*Firmado por mi en presencia de mi abogado el dia* 7 *de* agosto *de 20* 25.

David Ramirez
_____
Defendant
***El Acusado***

CERTIFICATE OF DEFENSE COUNSEL

I, as lawyer for the defendant, hereby certify that:

1. I have read and fully explained to the defendant the allegations contained in the indictment or information in this case.

2. The plea of guilty offered by the defendant to Count(s) the Indictment accords with my understanding of the facts the defendant has related to me, is consistent with my advice to the defendant, and in my opinion is voluntarily and understandingly made.

3. For all offenses that occurred on or after November 1, 1987, to which the defendant has offered to plead guilty, I assure the court that I have advised the defendant about the sentencing procedures under the Sentencing Guidelines and have explained to the defendant the potential consequences of a plea of guilty in light of the matters set out in section D of this petition.

Signed by me in the presence of the defendant and after full discussion of the contents of this certificate with the defendant this 7th day of August, 20 25.

_____
Attorney for the Defendant

15

## CERTIFICACIÓN DEL ABOGADO DEFENSOR

*Yo, como abogado defensor, por la presente certifico que:*

1. *Yo he leído y explicado completamente al acusado los cargos contenidos en la acusación del gran jurado o acusación de la fiscalia en este caso.*

2. *La declaración de culpabilidad ofrecida por el acusado al cargo(s) _____ concuerda con mi entendimiento de los hechos según el acusado me ha relatado, es consistente con el consejo que le he dado al acusado, y en mi opinión se hace voluntariamente y conscientemente.*

3. *Por cualquier delito cometido a partir del 1o de noviembre de 1987, a los cuales el acusado ha ofrecido declararse culpable, yo le aseguro al juez que le he aconsejado al acusado sobre los procedimientos para imponer penas bajo las Guias de Imposición de Penas y le he explicado al acusado las consecuencias de una declaración de culpabilidad tomando en consideración las preguntas mencionadas en la sección D de esta petición.*

*Firmado por mi en presencia del acusado después de haber discutido completamente el contenido de esta certificación con el acusado, este dia ____ de _____ de 20____.*

_____
Abogado Defensor

16